IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| In Re Flowers Foods, Inc. Securities Litigation | Case No.: 7:16-cv-00222 (WLS) <br><br> CLASS ACTION |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiff Walter Matthews, along with Chris B. Hendley (collectively "Plaintiffs"), hereby move to certify this case as a class action, appoint Plaintiffs as class representatives, and appoint Lead Counsel as Class Counsel.  In support of this motion, Plaintiffs submit the accompanying memorandum of law.

| | |
|---|---|
| Dated:  July 23, 2018 | GLANCY PRONGAY & MURRAY LLP |
| | |
| | By:  *s/ Ex Kano S. Sams II*<br>Lionel Z. Glancy (admitted *pro hac vice*)<br>lglancy@glancylaw.com<br>Robert V. Prongay (admitted *pro hac vice*)<br>rprongay@glancylaw.com<br>Ex Kano S. Sams II (admitted *pro hac vice*)<br>esams@glancylaw.com<br>Melissa C. Wright (admitted *pro hac vice*)<br>mwright@glancylaw.com<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone:  (310) 201-9150<br>Facsimile:   (310) 201-9160 |
| | |
| | JOHNSON FISTEL, LLP |
| | |
| | By:  *s/ Michael I. Fistel, Jr.*<br>Michael I. Fistel, Jr.<br>michaelf@johnsonfistel.com<br>Georgia Bar No.: 262062<br>William W. Stone<br>williams@johnsonfistel.com<br>Georgia Bar No. 273907<br>David A. Weisz<br>davidw@johnsonfistel.com<br>Georgia Bar No. 134527<br>Murray House<br>40 Powder Springs Street<br>Marietta, GA 30064<br>Telephone: (770) 200-3104<br>Facsimile: (770) 200-3101 |

2

JOHNSON FISTEL, LLP
Frank J. Johnson (admitted *pro hac vice*)
frankj@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Co-Lead Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned counsel for Lead Plaintiff hereby certifies that on July 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated: July 23, 2018

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II