**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE FLOWERS FOODS, INC. | : | |
| SECURITIES LITIGATION | : | CASE NO.: 7:16-CV-222 (WLS) |
| | : | |
| | : | CLASS ACTION |
| ______________________________ | : | |

## ORDER

The Parties have filed a Notice of Settlement in Principle stating that they have reached a settlement in principle of this case and that they intend to file a Stipulation of Settlement and motion for preliminary approval within thirty days. (Doc. 130.) The Parties request that all deadlines and proceedings continue to be stayed, except for settlement-related proceedings.

To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the appropriate stipulation and motion for approval **no later than thirty days after entry of this Order, that being Wednesday, June 12, 2019** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Except for settlement-related proceedings, this case shall remain **STAYED** until further order of the Court. All pending motions (Docs. 92, 102, 117, 124, 128) are **DENIED AS MOOT WITHOUT PREJUDICE**.

**SO ORDERED**, this 13th day of May 2019.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**