UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| In Re Flowers Foods, Inc. Securities Litigation | Case No. 7:16-CV-00222-WLS <br><br> CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated July 12, 2019 ("Stipulation"),[1] the accompanying Memorandum of Law, the Fistel Declaration, and all other papers and proceedings herein, Lead Plaintiff Walter Matthews and plaintiff Chris Hendley respectfully submit this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed Settlement of the Action which provides for the payment of $21 million to resolve this class action against all Defendants; (ii) certifying the Settlement Class; (iii) approving the form and manner of giving notice to the Settlement Class Members; and (iv) scheduling a Settlement Hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and litigation expenses. Defendants do not oppose this motion.[2]

A [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is attached to the Stipulation as Exhibit A.

---

[1]  Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation which, along with its exhibits, is attached as Exhibit 3 to the Declaration of Michael Fistel, Jr. in Support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class ("Fistel Declaration"), filed concurrently herewith.

[2]  Counsel for Plaintiffs conferred with counsel for the Defendants.  Defendants do not adopt all the arguments and positions taken in this Motion, but they do not oppose the relief sought.

Respectfully submitted this 12th day of July, 2019.

        JOHNSON FISTEL, LLP

        By: *s/ Michael I. Fistel, Jr*.
        Michael I. Fistel, Jr.
        michaelf@johnsonfistel.com
        Georgia Bar No.: 262062
        William W. Stone
        williams@johnsonfistel.com
        Georgia Bar No. 273907
        Adam Sunstrom
        adams@johnsonfistel.com
        Georgia Bar No. 556579
        Murray House
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101

        JOHNSON FISTEL, LLP

        Frank J. Johnson (admitted *pro hac vice*)
        frankj@johnsonfistel.com
        655 West Broadway, Suite 1400
        San Diego, CA 92101
        Telephone: (619) 230-0063
        Facsimile: (619) 255-1856

        GLANCY PRONGAY & MURRAY LLP

        Lionel Z. Glancy (admitted *pro hac vice*)
        lglancy@glancylaw.com
        Robert V. Prongay (admitted *pro hac vice*)
        rprongay@glancylaw.com
        Ex Kano S. Sams II (admitted *pro hac vice*)
        esams@glancylaw.com
        Melissa C. Wright (admitted *pro hac vice*)
        mwright@glancylaw.com
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 201-9150
        Facsimile: (310) 201-9160

        *Co-Lead Counsel for Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on July 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated:  July 12, 2019

JOHNSON FISTEL, LLP

By: *s/ Michael I. Fistel, Jr*.
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No.: 262062
William W. Stone
williams@johnsonfistel.com
Georgia Bar No. 273907
Adam Sunstrom
adams@johnsonfistel.com
Georgia Bar No. 556579
Murray House
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101