# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| In Re Flowers Foods, Inc. Securities Litigation | Case No. 7:16-CV-00222-WLS<br><br>CLASS ACTION |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
## CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Lead Plaintiff Walter W. Matthews and Plaintiff Chris B. Hendley ("Plaintiffs"), on behalf of the proposed Settlement Class, respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

In support of their motion, Plaintiffs submit and are filing herewith: the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Class Action Settlement and Plan of Allocation; the Declaration of Michael I. Fistel, Jr. and Ex Kano S. Sams II in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declaration of Eric A. Nordskog; the Declaration of Walter W. Matthews; and the Declaration of Chris B. Hendley.

Dated: November 6, 2019

JOHNSON FISTEL, LLP

By: *s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No.: 262062
William W. Stone
williams@johnsonfistel.com
Georgia Bar No. 273907
Adam Sunstrom
adams@johnsonfistel.com
Georgia Bar No. 556579
Murray House
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101

JOHNSON FISTEL, LLP

Frank J. Johnson (admitted *pro hac vice*)
frankj@johnsonfistel.com
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

GLANCY PRONGAY & MURRAY LLP

Lionel Z. Glancy (admitted *pro hac vice*)
lglancy@glancylaw.com
Joseph D. Cohen (admitted *pro hac vice*)
jcohen@glancylaw.com
Ex Kano S. Sams II (admitted *pro hac vice*)
esams@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated:  November 6, 2019

        JOHNSON FISTEL, LLP

        By: *s/ Michael I. Fistel, Jr.*
        Michael I. Fistel, Jr.
        michaelf@johnsonfistel.com
        Georgia Bar No.: 262062
        William W. Stone
        williams@johnsonfistel.com
        Georgia Bar No. 273907
        Adam Sunstrom
        adams@johnsonfistel.com
        Georgia Bar No. 556579
        Murray House
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101