UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| In Re Flowers Foods, Inc. Securities Litigation | Case No. 7:16-CV-00222-WLS<br><br>CLASS ACTION |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Lead Counsel, Johnson Fistel, LLP and Glancy Prongay & Murray LLP (collectively, "Lead Counsel") respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for entry of an order: (a) awarding attorneys' fees; (b) paying litigation expenses incurred by Lead Counsel; and (c) awarding costs and expenses (including lost wages) to Lead Plaintiff Walter W. Matthews and Plaintiff Chris B. Hendley pursuant to the Private Securities Litigation Reform Act of 1995.

In support of their motion, Lead Counsel submit and are filing herewith: the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declaration of Michael I. Fistel, Jr. and Ex Kano S. Sams II in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declaration of Eric A. Nordskog; the Declaration of Walter W. Matthews; the Declaration of Chris B. Hendley; and the Declarations of Lead Counsel.

Dated: November 6, 2019

        JOHNSON FISTEL, LLP

        By: *s/ Michael I. Fistel, Jr.*
        Michael I. Fistel, Jr.
        michaelf@johnsonfistel.com
        Georgia Bar No.: 262062
        William W. Stone
        williams@johnsonfistel.com
        Georgia Bar No. 273907
        Adam Sunstrom
        adams@johnsonfistel.com
        Georgia Bar No. 556579
        Murray House
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101

        JOHNSON FISTEL, LLP

        Frank J. Johnson (admitted *pro hac vice*)
        frankj@johnsonfistel.com
        655 West Broadway, Suite 1400
        San Diego, CA 92101
        Telephone: (619) 230-0063
        Facsimile: (619) 255-1856

        GLANCY PRONGAY & MURRAY LLP

        Lionel Z. Glancy (admitted *pro hac vice*)
        lglancy@glancylaw.com
        Joseph D. Cohen (admitted *pro hac vice*)
        jcohen@glancylaw.com
        Ex Kano S. Sams II (admitted *pro hac vice*)
        esams@glancylaw.com
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 201-9150
        Facsimile: (310) 201-9160

        *Lead Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on November 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this matter.

Dated: November 6, 2019

        JOHNSON FISTEL, LLP

        By: *s/ Michael I. Fistel, Jr.*
        Michael I. Fistel, Jr.
        michaelf@johnsonfistel.com
        Georgia Bar No.: 262062
        William W. Stone
        williams@johnsonfistel.com
        Georgia Bar No. 273907
        Adam Sunstrom
        adams@johnsonfistel.com
        Georgia Bar No. 556579
        Murray House
        40 Powder Springs Street
        Marietta, GA 30064
        Telephone: (770) 200-3104
        Facsimile: (770) 200-3101